# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUSTIN DIVERSIFIED PRODUCTS, INC. | § | Case No. 10-53165 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                     .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                  $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Robert B. Katz, Trustee _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit A

| Case No: | 10-53165 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|

Case Name:   AUSTIN DIVERSIFIED PRODUCTS, INC.

For Period Ending: 10/03/12

Trustee Name:   Robert B. Katz, Trustee

Date Filed (f) or Converted (c):   11/30/10 (f)

341(a) Meeting Date:   03/24/11

Claims Bar Date:   12/23/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Petty Cash | 810.00 | 810.00 | | 0.00 | FA |
| 2. | Working funds for traveling sales group expense re | 7,106.00 | 7,106.00 | | 0.00 | FA |
| 3. | Business Checking Account - Fifth Third Bank #0016 | 15,000.00 | 15,000.00 | | 12,500.00 | FA |
| 4. | Business Checking (payroll account) - Fifth Third | 0.00 | 0.00 | | 0.00 | FA |
| 5. | Business Checking (internet business) - Fifth Thir | 400.00 | 400.00 | | 0.00 | FA |
| 6. | Business Checking (tax account) - Fifth Third Bank | 0.00 | 0.00 | | 0.00 | FA |
| 7. | Business Checking/Savings - Wells Fargo Bank - Acc | 3,000.00 | 3,000.00 | | 8,366.77 | FA |
| 8. | Business checking - MB Financial - Acct#031541700 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 9. | advanage.com domain name | 0.00 | 0.00 | | 0.00 | FA |
| 10. | Door-to-door customer list with 350,000 thousand n | 0.00 | 0.00 | | 0.00 | FA |
| 11. | Telemarketing customer list with 12,000 names | 0.00 | 0.00 | | 0.00 | FA |
| 12. | internet customer list with 2,500 names | 0.00 | 0.00 | | 0.00 | FA |
| 13. | 2005 Chevy van - VIN#FGNFQ15T451152743 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 14. | 1999 GMC truck, VIN#1GDJ7H1DOXJ852929 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15. | 2001 GMC truck, VIN#1HTSCAAMX1H379327 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 16. | 1998 Ford truck, VIN#1FDNF70J6WVA02994 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 17. | 2006 Ford pickup truck, VIN#1FTSX20P26EA30254 | 7,565.00 | 7,565.00 | | 0.00 | FA |
| 18. | 2004 Ford E150 Van, VIN#1FMRE11LO4HA90969 | 5,600.00 | 5,600.00 | | 0.00 | FA |
| 19. | 2002 Ford Windstar van, VIN#1FBNE31LOYHA71749 | 3,115.00 | 3,115.00 | | 0.00 | FA |
| 20. | 2006 Dodge Caravan, VIN#2D8HN44E69R553113 | 7,800.00 | 7,800.00 | | 0.00 | FA |
| 21. | 56 File cabinets fo various sizes | 880.00 | 880.00 | | 0.00 | FA |
| 22. | 14 Flat screen monitors | 860.00 | 860.00 | | 0.00 | FA |
| 23. | 6 HP Printers | 200.00 | 200.00 | | 0.00 | FA |
| 24. | 10 Table/End tables/Conference Tables | 285.00 | 285.00 | | 0.00 | FA |
| 25. | 37 Computer/printer stands of various sizes | 567.00 | 567.00 | | 0.00 | FA |
| 26. | 5 Binders/Binder Racks | 7.00 | 7.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit A

Case No:        10-53165    ERW    Judge: EUGENE R. WEDOFF

Case Name:     AUSTIN DIVERSIFIED PRODUCTS, INC.

Trustee Name:                              Robert B. Katz, Trustee

Date Filed (f) or Converted (c):    11/30/10 (f)

341(a) Meeting Date:                   03/24/11

Claims Bar Date:                         12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. 25 Bookcases/shelving/metal shelving of various si | 552.00 | 552.00 | | 0.00 | FA |
| 28. 94 Office chairs of various styles | 1,074.00 | 1,074.00 | | 0.00 | FA |
| 29. 4 Computer/printer rack | 71.00 | 71.00 | | 0.00 | FA |
| 30. 44 Desks with and without credenzas of various sty | 1,140.00 | 1,140.00 | | 0.00 | FA |
| 31. 3 Display Cases of various sizes | 200.00 | 200.00 | | 0.00 | FA |
| 32. 11 Cubicle dividers | 220.00 | 220.00 | | 0.00 | FA |
| 33. 3 Handcarts | 50.00 | 50.00 | | 0.00 | FA |
| 34. 8 Fans of various sizes | 52.00 | 52.00 | | 0.00 | FA |
| 35. 2 Globe | 15.00 | 15.00 | | 0.00 | FA |
| 36. 1 Heavy duty floor mat | 1.00 | 1.00 | | 0.00 | FA |
| 37. 1 Ladder | 15.00 | 15.00 | | 0.00 | FA |
| 38. 42 Misc Offices supplies, including but not limite | 80.00 | 80.00 | | 0.00 | FA |
| 39. 2 Mini refridgerator | 90.00 | 90.00 | | 0.00 | FA |
| 40. 1 Safe | 100.00 | 100.00 | | 0.00 | FA |
| 41. 1 Divider screen | 30.00 | 30.00 | | 0.00 | FA |
| 42. 1 stationary tray | 2.00 | 2.00 | | 0.00 | FA |
| 43. 1 Television | 40.00 | 40.00 | | 0.00 | FA |
| 44. 2 Laptops | 600.00 | 600.00 | | 0.00 | FA |
| 45. 11 Compaq monitors of various sizes | 55.00 | 55.00 | | 0.00 | FA |
| 46. 1 ADT Security Recorder | 150.00 | 150.00 | | 0.00 | FA |
| 47. 1 APC Back-up Box | 10.00 | 10.00 | | 0.00 | FA |
| 48. 1 APC Battery | 10.00 | 10.00 | | 0.00 | FA |
| 49. 2 APC Power Back ups | 20.00 | 20.00 | | 0.00 | FA |
| 50. 2 Avaya 4406D Telephones | 40.00 | 40.00 | | 0.00 | FA |
| 51. 1 4412D Telephone | 20.00 | 20.00 | | 0.00 | FA |
| 52. 2 Avaya 4412D+ Telephones | 40.00 | 40.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit A

Case No:      10-53165      ERW   Judge: EUGENE R. WEDOFF
Case Name:    AUSTIN DIVERSIFIED PRODUCTS, INC.

Trustee Name:                       Robert B. Katz, Trustee
Date Filed (f) or Converted (c):    11/30/10 (f)
341(a) Meeting Date:                03/24/11
Claims Bar Date:                    12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 53. 1 Avaya 4424D Telephone | 20.00 | 20.00 | | 0.00 | FA |
| 54. 1 Avaya Console | 50.00 | 50.00 | | 0.00 | FA |
| 55. 4 Avaya IP400 Office Hub/Switches | 520.00 | 520.00 | | 0.00 | FA |
| 56. 30 Avaya Phones | 475.00 | 475.00 | | 0.00 | FA |
| 57. 1 Battery Backup | 15.00 | 15.00 | | 0.00 | FA |
| 58. 1 CBS Shred Master Paper Shredder | 30.00 | 30.00 | | 0.00 | FA |
| 59. 1 Clone Workstation (Novel Server) | 40.00 | 40.00 | | 0.00 | FA |
| 60. 1 Comcast Modem | 30.00 | 30.00 | | 0.00 | FA |
| 61. 1 Company Desk Top Computer | 50.00 | 50.00 | | 0.00 | FA |
| 62. 2 Compaq 500 MHZ Workstations | 0.00 | 0.00 | | 0.00 | FA |
| 63. 3 Compaq Computers | 0.00 | 0.00 | | 0.00 | FA |
| 64. 2 Compaq Desk Top Computers | 0.00 | 0.00 | | 0.00 | FA |
| 65. 1 Compaq EVO | 0.00 | 0.00 | | 0.00 | FA |
| 66. 1 Compaq Proliant (ADP001 Server) | 60.00 | 60.00 | | 0.00 | FA |
| 67. 3 Computers | 0.00 | 0.00 | | 0.00 | FA |
| 68. 2 Computer Monitors | 0.00 | 0.00 | | 0.00 | FA |
| 69. 2 Computer Monitors | 0.00 | 0.00 | | 0.00 | FA |
| 70. 2 Copiers | 170.00 | 170.00 | | 0.00 | FA |
| 71. 3 CPUs | 150.00 | 150.00 | | 0.00 | FA |
| 72. 10 CPU Units | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 73. 2 Desktop Computers and 2 Speakers | 210.00 | 210.00 | | 0.00 | FA |
| 74. 1 Dynex Security Monitor | 200.00 | 200.00 | | 0.00 | FA |
| 75. 1 E-Machine Work station (ADP002 server) | 100.00 | 100.00 | | 0.00 | FA |
| 76. 1 Epsom printer | 40.00 | 40.00 | | 0.00 | FA |
| 77. 2 Epsom DFX 5000x | 0.00 | 0.00 | | 0.00 | FA |
| 78. 1 Epson LQ 2180 Printer | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

Exhibit A

| | |
|---|---|
| Case No:        10-53165     ERW   Judge: EUGENE R. WEDOFF | Trustee Name:        Robert B. Katz, Trustee |
| Case Name:     AUSTIN DIVERSIFIED PRODUCTS, INC. | Date Filed (f) or Converted (c):   11/30/10 (f) |
| | 341(a) Meeting Date:   03/24/11 |
| | Claims Bar Date:   12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 79. 3 Epson LQ2550 | 0.00 | 0.00 | | 0.00 | FA |
| 80. 1 Facsimile Copier | 30.00 | 30.00 | | 0.00 | FA |
| 81. 1 Fax Machine | 30.00 | 30.00 | | 0.00 | FA |
| 82. 1 HP Printer | 200.00 | 200.00 | | 0.00 | FA |
| 83. 1 HP Allin One (Printer, Fax) | 35.00 | 35.00 | | 0.00 | FA |
| 84. 1 HP Compaq with DVD Computer | 150.00 | 150.00 | | 0.00 | FA |
| 85. 2 HP Computers | 350.00 | 350.00 | | 0.00 | FA |
| 86. 2 HP Desk Top Computers | 160.00 | 160.00 | | 0.00 | FA |
| 87. 1 HP Keyboard | 30.00 | 30.00 | | 0.00 | FA |
| 88. 2 HP Monitors | 130.00 | 130.00 | | 0.00 | FA |
| 89. 1 HP Tower PC | 50.00 | 50.00 | | 0.00 | FA |
| 90. 1 HP/Compaq Proliant (ADP004 server) | 60.00 | 60.00 | | 0.00 | FA |
| 91. 1 HP5940 Desk Jet Printer | 30.00 | 30.00 | | 0.00 | FA |
| 92. 25 Keyboards | 395.00 | 395.00 | | 0.00 | FA |
| 93. 1 Keyboard with wireless mouse | 5.00 | 5.00 | | 0.00 | FA |
| 94. 2 Lanier copiers | 0.00 | 0.00 | | 0.00 | FA |
| 95. 1 Misc. Monitor | 20.00 | 20.00 | | 0.00 | FA |
| 96. 5 Monitors | 70.00 | 70.00 | | 0.00 | FA |
| 97. 1 Monitor (main) | 20.00 | 20.00 | | 0.00 | FA |
| 98. 8 Mouses | 55.00 | 55.00 | | 0.00 | FA |
| 99. 2 Net Gear port Switches | 60.00 | 60.00 | | 0.00 | FA |
| 100. 1 Net Gear Firewall | 30.00 | 30.00 | | 0.00 | FA |
| 101. 1 Net Gear Wireless Router | 10.00 | 10.00 | | 0.00 | FA |
| 102. 1 Nex Computer | 150.00 | 150.00 | | 0.00 | FA |
| 103. 8 Old Compaq 500MHZ workstations | 400.00 | 400.00 | | 0.00 | FA |
| 104. 6 Printers | 280.00 | 280.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   5

Exhibit A

| Case No: | 10-53165 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|

Case Name:   AUSTIN DIVERSIFIED PRODUCTS, INC.

Trustee Name:   Robert B. Katz, Trustee
Date Filed (f) or Converted (c):   11/30/10 (f)
341(a) Meeting Date:   03/24/11
Claims Bar Date:   12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 105. 1 Printer OKI | 0.00 | 0.00 | | 0.00 | FA |
| 106. 1 Rocket Fish Cordless Keyboard witb mouse | 15.00 | 15.00 | | 0.00 | FA |
| 107. 1 Shedder | 45.00 | 45.00 | | 0.00 | FA |
| 108. 1 Shred Master | 15.00 | 15.00 | | 0.00 | FA |
| 109. 1 Shredder | 30.00 | 30.00 | | 0.00 | FA |
| 110. 1 Epson Printer | 0.00 | 0.00 | | 0.00 | FA |
| 111. 1 Okinawa Printer | 0.00 | 0.00 | | 0.00 | FA |
| 112. 4 Speakers | 0.00 | 0.00 | | 0.00 | FA |
| 113. 1 Sun Monitor | 80.00 | 80.00 | | 0.00 | FA |
| 114. 1 Sun Server (OSAS server) | 600.00 | 600.00 | | 0.00 | FA |
| 115. 1 Surveillance Console | 300.00 | 300.00 | | 0.00 | FA |
| 116. 1 Surveillance Monitor | 100.00 | 100.00 | | 0.00 | FA |
| 117. 1 Typewriter (Xerox 620) | 0.00 | 0.00 | | 0.00 | FA |
| 118. 2 Vacuum Cleaners | 60.00 | 60.00 | | 0.00 | FA |
| 119. 1 VHS Player | 55.00 | 55.00 | | 0.00 | FA |
| 120. 1 VHS Player and Viewer | 55.00 | 55.00 | | 0.00 | FA |
| 121. 1 View Camera | 50.00 | 50.00 | | 0.00 | FA |
| 122. 1 Wireless Keyboard with Mouse | 30.00 | 30.00 | | 0.00 | FA |
| 123. 3 Wyse Terminals | 30.00 | 30.00 | | 0.00 | FA |
| 124. Forklift, 1991 Komatsu F15ST15 Serial # 36112A | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 125. 1 Pallette Jack | 700.00 | 700.00 | | 0.00 | FA |
| 126. 1 drum, Advantage 55 Gal Citrus | 257.00 | 257.00 | | 0.00 | FA |
| 127. 2 cases, Advantage Carpet Spotter | 22.56 | 22.56 | | 0.00 | FA |
| 128. 2109 cases, Advantage Cleaner | 28,870.00 | 28,870.00 | | 20,059.25 | FA |
| 129. 40 cases, Advantage Gallons, Citrus, Clear, Green | 950.00 | 950.00 | | 0.00 | FA |
| 130. 28 cases, Advantage Glass Cleaner | 392.32 | 392.32 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    6

Exhibit A

| Case No: | 10-53165 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | | |

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 11/30/10 (f) |
| 341(a) Meeting Date: | 03/24/11 |
| Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 131. 2 cases, Advantage Green Zyme | 52.00 | 52.00 | | 0.00 | FA |
| 132. 29 cases, Advantage Kitchen Counter | 324.80 | 324.80 | | 0.00 | FA |
| 133. 25 cases, Advantage Mixing Applicator | 186.00 | 186.00 | | 0.00 | FA |
| 134. 1 Box Advantage Nozzles | 0.00 | 0.00 | | 0.00 | FA |
| 135. 10 cases, Advantage Wonder Blue | 169.00 | 169.00 | | 0.00 | FA |
| 136. 63 cases, Advantage Wonder Pet 32 oz. | 1,799.00 | 1,799.00 | | 0.00 | FA |
| 137. 2 Brochures (Product) Original | 137.00 | 137.00 | | 0.00 | FA |
| 138. 150 Collection Kit Box | 216.00 | 216.00 | | 0.00 | FA |
| 139. 10000 Foamers | 7,700.00 | 7,700.00 | | 0.00 | FA |
| 140. 1.5 boxes receipts | 900.00 | 900.00 | | 0.00 | FA |
| 141. 25 cases, Stainless Steel | 297.00 | 297.00 | | 0.00 | FA |
| 142. 13 boxes, Territory Bags | 177.00 | 177.00 | | 0.00 | FA |
| 143. 19 cases, Toilet Bowl | 237.12 | 237.12 | | 0.00 | FA |
| 144. 5 boxes, White Scrunge | 13.00 | 13.00 | | 0.00 | FA |
| 145. 1150 Wonder Blue Boxes | 1,495.00 | 1,495.00 | | 0.00 | FA |
| 146. 1525 Wonder Pet Boxes | 1,982.50 | 1,982.50 | | 0.00 | FA |
| 147. 27 cases, Wood Cleaner | 359.64 | 359.64 | | 0.00 | FA |
| 148. 1 Dock Plate | 800.00 | 800.00 | | 0.00 | FA |
| 149. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.34 | Unknown |
| 150. Reimbursment of funds paid post-petition (u) | 0.00 | 41,000.00 | | 41,266.41 | FA |
| 151. Receivables for pre-petition vehicle sales. | 0.00 | 18,073.00 | | 18,073.00 | FA |
| 152. Patents (4) (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 153. Sales tax refund (u) | 0.00 | 159.57 | | 159.57 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $159,283.94 | $233,516.51 | | $115,437.34 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 10-53165 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | | | | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | | | | | 341(a) Meeting Date: | 03/24/11 |
| | | | | | Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has completed his collection of debtor's assets.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

FORM 2                                                                                          Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                      Exhibit B

| Case No: | 10-53165  -ERW | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6946  Checking Account |
| Taxpayer ID No: | *******8430 | | | |
| For Period Ending: | 10/03/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 109,616.26 | | 109,616.26 |

|  | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 109,616.26 | 0.00 | 109,616.26 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 109,616.26 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |

Page Subtotals                109,616.26            0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-53165  -ERW | |
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | |

| | | |
|---|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2208  Money Market Account (Interest Earn |

Taxpayer ID No: *******8430
For Period Ending: 10/03/12

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/01/11 | 150 | NTE Enterprises 2564 Oakwood Terrace Olympia Fields, IL 60461 | | 1290-000 | 20,000.00 | | 20,000.00 |
| 04/08/11 | 7 | Wells Fargo Bank, N.A. 250 SW Jefferson DP5 Portland, OR 97201 | | 1129-000 | 8,366.77 | | 28,366.77 |
| 04/08/11 | | American Auction Associates 8515 S. Thomas Ave. Bridgeview, IL 60455 | Net Auction Proceeds | | 15,667.53 | | 44,034.30 |
| | 128 | AMERICAN AUCTION ASSOCIATES | Memo Amount:       20,059.25 Net Auction Proceeds | 1129-000 | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (    4,391.72 ) AUCTION EXPENSES | 3610-000 | | | |
| 04/29/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 44,034.55 |
| 05/03/11 | 150 | NTE Enterprises 2564 Oakwood Terrace Olympia Fields, IL 60461 | Balance due to Trustee | 1290-000 | 21,266.41 | | 65,300.96 |
| 05/31/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.53 | | 65,301.49 |
| 06/06/11 | 151 | Arnold Bowen | Remaining Balance for vehicles. | 1129-000 | 3,073.00 | | 68,374.49 |
| 06/30/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.56 | | 68,375.05 |
| 07/29/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.57 | | 68,375.62 |
| 08/11/11 | 3 | Fifth Third Bank, Kentucky Inc. Lexington, KY | Per settlement order 8/9/11 | 1129-000 | 12,500.00 | | 80,875.62 |
| 08/26/11 | 151 | Advanage Diversified | Balance of vehicles values. | 1221-000 | 15,000.00 | | 95,875.62 |
| 08/31/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.65 | | 95,876.27 |
| 09/30/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.79 | | 95,877.06 |
| 10/31/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.81 | | 95,877.87 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 122.14 | 95,755.73 |

Page Subtotals      95,877.87      122.14

FORM 2   Page:   3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 10-53165  -ERW |
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. |
| Taxpayer ID No: | *******8430 |
| For Period Ending: | 10/03/12 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2208  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.79 | | 95,756.52 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 118.06 | 95,638.46 |
| 12/30/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.81 | | 95,639.27 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 117.91 | 95,521.36 |
| 01/31/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.82 | | 95,522.18 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 125.27 | 95,396.91 |
| 02/07/12 | 000101 | International Sureties | Bond # 016026455 | 2300-000 | | 84.18 | 95,312.73 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/17/12 | 153 | Minnesota Management & Budget | Sales tax refund | 1224-000 | 159.57 | | 95,472.30 |
| | | State of Minnesota | | | | | |
| | | 658 Cedar St. - Ste 400 | | | | | |
| | | St. Paul, MN 55155-1616 | | | | | |
| 02/29/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.76 | | 95,473.06 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 113.37 | 95,359.69 |
| 03/30/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.80 | | 95,360.49 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 117.25 | 95,243.24 |
| 04/30/12 | 149 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.79 | | 95,244.03 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 121.01 | 95,123.02 |
| 05/31/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.81 | | 95,123.83 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 120.85 | 95,002.98 |
| 06/22/12 | 152 | Ruth M Edwards | Settlement for patents | 1229-000 | 15,000.00 | | 110,002.98 |
| 06/29/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.80 | | 110,003.78 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 114.76 | 109,889.02 |
| 07/31/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.93 | | 109,889.95 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 144.12 | 109,745.83 |
| 08/30/12 | 149 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.87 | | 109,746.70 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 130.44 | 109,616.26 |

| | | | | Page Subtotals | 15,167.75 | 1,307.22 | |

Ver: 17.00

LFORM24

FORM 2

Page:   4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-53165 -ERW | |
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | |
| Taxpayer ID No: | *******8430 | |
| For Period Ending: | 10/03/12 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2208  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 109,616.26 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 20,059.25 | COLUMN TOTALS | 111,045.62 | 111,045.62 | 0.00 |
| Memo Allocation Disbursements: | 4,391.72 | Less:  Bank Transfers/CD's | 0.00 | 109,616.26 | |
| | | Subtotal | 111,045.62 | 1,429.36 | |
| Memo Allocation Net: | 15,667.53 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 111,045.62 | 1,429.36 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 20,059.25 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 4,391.72 | Checking Account - *******6946 | 0.00 | 0.00 | 109,616.26 |
| | | Money Market Account (Interest Earn - *******2208 | 111,045.62 | 1,429.36 | 0.00 |
| Total Memo Allocation Net: | 15,667.53 | | | | |
| | | | 111,045.62 | 1,429.36 | 109,616.26 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  _____   Date: 10/03/12

/s/    Robert B. Katz, Trustee

ROBERT B. KATZ, TRUSTEE

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 109,616.26 |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*

Ver: 17.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                    Date: October 03, 2012

| Case Number: | 10-53165 | Claim Class Sequence |
| Debtor Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3410-00 | LOIS WEST POPOWCER KATTED LTD. 35 EAST WACKER DR. SUITE 1550 CHICAGO, IL 60601-2107 | Administrative | | $6,907.50 | $0.00 | $6,907.50 |
| 001 3210-00 | Ira P. Goldberg DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Administrative | | $40,088.63 | $0.00 | $40,088.63 |
| 000008A 058 5800-00 | State Board of Equalization Special Operations Branch, MIC:55 P O BOX 942879 Sacramento, CA 94279-0055 | Priority | | $125,646.92 | $0.00 | $125,646.92 |
| 000009A 058 5800-00 | KENTUCKY DEPARTMENT OF REVENUE LEGAL BRANCH - BANKRUPTCY SECTION ATTN: MICHAEL HORNBACK P O BOX 5222 FRANKFORT, KY 40602 | Priority | | $8,180.99 | $0.00 | $8,180.99 |
| 000001 070 7100-00 | Teresa Rath 1201 Adobe Drive Great Falls, MT 59404 | Unsecured | | $249.00 | $0.00 | $249.00 |
| 000002 070 7100-00 | UNITED PARCEL SERVICE c/o RMS Bankruptcy Recovery Services P.O. Box 4396 Timonium, Maryland 21094 | Unsecured | | $15,516.81 | $0.00 | $15,516.81 |
| 000003 070 7100-00 | FedEx Tech Connect Inc As Assignee of FedEx Express/Ground 3965 Airways Blvd, Module G, 3rd Floor Memphis, Tennessee 38116 | Unsecured | | $3,964.21 | $0.00 | $3,964.21 |
| 000004 070 7100-00 | Pitney Bowes Inc 4901 Belfort Rd, Ste 120 Jacksonville FL 32256 | Unsecured | | $5,870.48 | $0.00 | $5,870.48 |
| 000005 070 7100-00 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Unsecured | | $6,545.43 | $0.00 | $6,545.43 |
| 000006 070 7100-00 | Avaya Inc C/O McMahan & Sigunick,Ltd. 412 S. Wells St., 6th Fl Chicago, IL 60607 | Unsecured | | $5,659.99 | $0.00 | $5,659.99 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: October 03, 2012 | |

Case Number:   10-53165
Debtor Name:   AUSTIN DIVERSIFIED PRODUCTS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(7-1) CREDIT CARD DEBT | | $14,319.61 | $0.00 | $14,319.61 |
| 000008B<br>070<br>7100-00 | State Board of Equalization<br>Special Operations Branch, MIC:55<br>P O BOX 942879<br>Sacramento, CA 94279-0055 | Unsecured | | $17,309.10 | $0.00 | $17,309.10 |
| 000010<br>070<br>7100-00 | Systems & Services Technologies, Inc.<br>4315 Pickett Road<br>St. Joseph, Mo 64503 | Unsecured | | $6,340.93 | $0.00 | $6,340.93 |
| 000011<br>070<br>7100-00 | Automated Packaging LLC<br>c/o William Gust, Esq.<br>Polsinelli Shughart PC<br>100 S. Fourth St.<br>St. Louis, MO 63102 | Unsecured<br>(11-1) Modified to correct amount<br>claimed  (modified on 12/22/2011) | | $108,945.33 | $0.00 | $108,945.33 |
| 000012<br>070<br>7100-00 | Ricoh Business Solutions<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 | Unsecured | | $7,444.95 | $0.00 | $7,444.95 |
| | Case Totals: | | | $372,989.88 | $0.00 | $372,989.88 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

CREGISTR                                                    Printed: 10/03/12 01:46 PM   Ver: 17.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-53165
Case Name: AUSTIN DIVERSIFIED PRODUCTS, INC.
Trustee Name: Robert B. Katz, Trustee

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ | $ | $ |
| Trustee Expenses: Robert B. Katz, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Ira P. Goldberg | $ | $ | $ |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ | $ | $ |
| Accountant for Trustee Fees: LOIS WEST | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | State Board of Equalization Special Operations Branch, MIC:55 P O BOX 942879 Sacramento, CA 94279-0055 | $ | $ | $ |
| 000009A | KENTUCKY DEPARTMENT OF REVENUE LEGAL BRANCH - BANKRUPTCY SECTION ATTN: MICHAEL HORNBACK P O BOX 5222 FRANKFORT, KY 40602 | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Teresa Rath 1201 Adobe Drive Great Falls, MT 59404 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | UNITED PARCEL SERVICE c/o RMS Bankruptcy Recovery Services P.O. Box 4396 Timonium, Maryland 21094 | $ | $ | $ |
| 000003 | FedEx Tech Connect Inc As Assignee of FedEx Express/Ground 3965 Airways Blvd, Module G, 3rd Floor Memphis, Tennessee 38116 | $ | $ | $ |
| 000004 | Pitney Bowes Inc 4901 Belfort Rd, Ste 120 Jacksonville FL 32256 | $ | $ | $ |
| 000005 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ | $ | $ |
| 000006 | Avaya Inc C/O McMahan & Sigunick,Ltd. 412 S. Wells St., 6th Fl Chicago, IL 60607 | $ | $ | $ |
| 000007 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000008B | State Board of Equalization Special Operations Branch, MIC:55 P O BOX 942879 Sacramento, CA 94279-0055 | $ | $ | $ |
| 000010 | Systems & Services Technologies, Inc. 4315 Pickett Road St. Joseph, Mo 64503 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Automated Packaging LLC c/o William Gust, Esq. Polsinelli Shughart PC 100 S. Fourth St. St. Louis, MO 63102 | $ | $ | $ |
| 000012 | Ricoh Business Solutions Recovery & Bankruptcy Group 3920 Arkwright Road, Suite 400 Macon, GA 31210 | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE