IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| AUSTIN DIVERSIFIED PRODUCTS, INC. | ) | CASE NO. 10-53165-ERW |
| | ) | |
| Debtor(s) | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S APPLICATION FOR
## COMPENSATION AND EXPENSES

TO: THE HONORABLE EUGENE R. WEDOFF
BANKRUPTCY JUDGE

NOW COMES ROBERT B. KATZ, Trustee herein, pursuant to 11 U.S.C. §330, and requests $9,021.87 as compensation and $13.20 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $115,437.34. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $3,271.87 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $9,021.87 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

Postage                              $13.20

        TOTAL:            $13.20

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised to the undersigned in any capacity in connection with the above captioned case, except as previously authorized and approved by the Bankruptcy Court.

Executed this 3rd day of October, 2012.

                                                        _____
                                                           Trustee

# TRUSTEE TIME RECORD
## Robert B. Katz
## Austin Diversified 10-53165

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | **2011** | | | |
| 2/1/2011 | T/c John Krupa, debtor's atty, re background; status; arrange for inspection by Don Dodge, auctioneer, after blizzard. T/c Don Dodge re inspect debtor's premises after storm. | 0.5 | $425.00 | $212.50 |
| 2/4/2011 | T/c Don Dodge re little value to assets (inventory). No benefit to sell vehicles that are "out of state". | 0.2 | $425.00 | $85.00 |
| 2/15/2011 | T/c Don Dodge re values of assets listed on schedules vs. his inspection. T/c John Krupa L/M. | 0.3 | $425.00 | $127.50 |
| 2/16/2011 | T/c John Krupa re assets L/M. T/c Ira Goldberg re retention. | 0.8 | $425.00 | $340.00 |
| 2/17/2011 | Emails Ira Goldberg to John Krupa. T/c Don Dodge to change locks, etc. L/M. | 0.4 | $425.00 | $170.00 |
| 2/21/2011 | 2 t/c's Don Dodge re lock up debtor's assets, prepare for sale. Try to take control of books and records and bank accounts. Email schedules to him. | 0.5 | $425.00 | $212.50 |
| 2/22/2011 | 6 t/c's Don Dodge (and Arnold Bowen) at debtor's premises re lock up business; amend schedules; turnover cash in bank accounts; etc. (No bank debt, vehicles sold and bills paid, etc.) Also, other similarly named companies are operating from the same building as the debtor! | 1.0 | $425.00 | $425.00 |
| 2/23/2011 | T/c Ira Goldberg re status; strategy; developments to date; retention of Don Dodge and Lois West in addition to Dimonte & Lizak. | 0.5 | $425.00 | $212.50 |
| 2/23/2011 | T/c Lois West re developments to date; she will go to premises ASAP and evaluate records and request same. | 0.3 | $425.00 | $127.50 |
| 2/24/2011 | Emails, Ira Goldberg to Don Dodge re details of sale needed for retention motion. Email John Krupa re requests for info re: 341 meeting; details on assets. | 0.7 | $425.00 | $297.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/28/2011 | Emails Lois West re: visit to debtor on 3/12/11. | 0.3 | $425.00 | $127.50 |
| 2/28/2011 | T/c Ira Goldberg and Andrew Feldman. | 0.5 | $425.00 | $212.50 |
| 3/1/2011 | Court appearance. Object to motion to withdraw by Andrew Feldman. | 0.8 | $425.00 | $340.00 |
| 3/1/2011 | Emails and T/c Ira Goldberg. T/c/messages from Krupa. T/c Krupa L/M. T/c Don Dodge re confirm he and Lois will go to debtor site on 3/2/11. | 1.0 | $425.00 | $425.00 |
| 3/2/2011 | T/c Ira Goldberg re his call with Krupa 3/1/11. Debtor to appear 3/3/11 for examination. | 0.3 | $425.00 | $127.50 |
| 3/3/2011 | T/c Lois West. Do Google search. Conduct 341 meeting, Mr. & Mrs. Edwards and Arnold Bowen present. | 1.1 | $425.00 | $467.50 |
| 3/9/2011 | Court appearance re Motion to Compel Debtor to cooperate and turn over assets to trustee. Retain counsel, accountant and auctioneer. | 0.6 | $425.00 | $255.00 |
| 3/15/2011 | Email to John Krupa re debtor's compliance with court order of 3/9, or lack thereof. | 0.3 | $425.00 | $127.50 |
| 3/21/2011 | T/c and emails Ira Goldberg re debtor's non compliance with order to turn over funds. T/c to John Krupa re same. | 1.0 | $425.00 | $425.00 |
| 3/21/2011 | Emails Ira Goldberg to John Krupa re questions; debtor's cooperation. | 0.3 | $425.00 | $127.50 |
| 3/23/2011 | 14 emails to/from John Krupa, Ira Goldberg, Lois West re location of vehicles; bank reconciations. | 1.0 | $425.00 | $425.00 |
| 3/24/2011 | Emails Ira Goldberg, Lois West and debtor re vehicles, bank accounts, amended schedules. | 0.5 | $425.00 | $212.50 |
| 3/25/2011 | Receive fax from Arnold Bowen re contacts at 5th 3rd Bank. 2 t/c's and left messages to banks in an effort to collect funds for estate. | 0.5 | $425.00 | $212.50 |
| 3/28/2011 | T/c from and to Bruno Tabis, Fifth Third Bank attorney. Officer pledge accounts of Austin Diversified against personal debt to Fifth Third. T/c Ira Goldberg L/M. | 0.5 | $425.00 | $212.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/29/2011 | Emails Ira Goldberg to John Krupa re 2nd interim order for court tomorrow. | 0.2 | $425.00 | $85.00 |
| 3/30/2011 | Mtg Ira Goldberg re status; results of court today; strategy. | 0.5 | $425.00 | $212.50 |
| 3/31/2011 | T/c Don Dodge re results. Emails Ira Goldberg re same. | 0.4 | $425.00 | $170.00 |
| 4/1/2011 | Emails Ira Goldberg re: we received and deposited $20,000 check from officers of debtor corp. | 1.0 | $425.00 | $425.00 |
| 4/20/2011 | 3 emails Ira Goldberg with Bruno Tabis re 5th Third funds due to trustee; bank's alleged security interests. | 0.3 | $425.00 | $127.50 |
| 4/27/2011 | Email Ira Goldberg to Bruno Tabis re money due to trustee. | 0.1 | $425.00 | $42.50 |
| 5/5/2011 | 11 Emails Ira Goldberg re resolve issues with John Krupa relative to auto values and funds at 5th 3rd bank. | 0.5 | $425.00 | $212.50 |
| 5/9/2011 | Emails to Bruno Tabis, attorney for 5th 3rd Bank re turnover of funds. | 0.2 | $425.00 | $85.00 |
| 5/15/2011 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 5/16/2011 | 3 emails Ira Goldberg to Arnold Bowen for Austin and to Bruno Tabis attorney for 5th 3rd Bank re turnover of funds that were paid to the bank for purchase of debtor's vehicles. | 0.5 | $425.00 | $212.50 |
| 5/23/2011 | Emails Ira Goldberg to Lois West re check for preferances. | 0.2 | $425.00 | $85.00 |
| 6/6/2011 | Emails Ira Goldberg re 5th 3rd Bank demand for turnover of funds; re vehicles sales proceeds deposited to estate; disabled vehicle in Utah. | 0.5 | $425.00 | $212.50 |
| 6/15/2011 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 6/21/2011 | T/c Ira Goldberg re concern with bank UCC. Ascertain receipts of funds in this estate. Ira Goldberg emails to Tabis and Krupa. | 0.5 | $425.00 | $212.50 |
| 7/11/2011 | Email Ira Goldberg to debtor's counsel Krupa re equity in transferred vehicles and also trademark. | 0.2 | $425.00 | $85.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/13/2011 | Email Ira Goldberg re prpoposal to 5th 3rd Bank I approved and he approached their attorney to settle. T/c Ira re same. | 0.2 | $425.00 | $85.00 |
| 7/15/2011 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 8/9/2011 | T/c and emails Ira Goldberg to John Krupa re resolution of open issues with officers of debtor; 15k to estate, tc. Emails Ira Goldberg to Bruno Tabis re settlement with 5th 3rd Bank. Payment to estate of $12,500. | 0.5 | $425.00 | $212.50 |
| 8/15/2011 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 8/15/2011 | T/c Don Dodge. Emails to/from Ira Goldberg re: truck VIN and title. | 0.3 | $425.00 | $127.50 |
| 8/17/2011 | Emails Ira Goldberg re my receipt of title for trucks abandoned out of town; status on open issues with debtor's counsel ie A/R for 15k. | 0.5 | $425.00 | $212.50 |
| 8/30/2011 | T/c debtor's attorney's office re confirm my receipt of the check for $15,000 for vehicles. | 0.2 | $425.00 | $85.00 |
| 9/1/2011 | Emails Ira Goldberg re confirm check for $15,000 has cleared the bank and current bank balance is in excess of $95,000. | 0.2 | $425.00 | $85.00 |
| 9/7/2011 | Emails Ira Goldberg and John Krupa re trademark. | 0.2 | $425.00 | $85.00 |
| 9/15/2011 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 9/15/2011 | Several emails Ira Goldberg to John Krupa, Don Dodge and the hotel manager in Utah re the Ford Van abandoned in 2010. | 0.5 | $425.00 | $212.50 |
| 9/16/2011 | Numerous emails Ira Goldberg and Don Dodge and motel manager in Boise, Idaho re abandoned truck. | 0.5 | $425.00 | $212.50 |
| 9/21/2011 | Emails Ira Goldberg with hotel in Boise and Don Dodge re possible sale of vehicle. | 0.3 | $425.00 | $127.50 |
| 10/7/2011 | Emails Ira Goldberg and Don Dodge re abandoned truck. | 0.2 | $425.00 | $85.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/13/2011 | 3 emails Ira Goldberg to Don Dodge, American Auction, re abandoned truck has no value; to bank and debtor's counsel re value of trademark to debtor? | 0.2 | $425.00 | $85.00 |
| 10/15/2011 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 11/15/2011 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 12/15/2011 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 12/27/2011 | Copy of email sent by Ira Goldberg to Bruno Tabis atty for 5th 3rd bank re status of bank litigation with debtor; as well as 5th 3rd Bank lien against debtor and this estate. | 0.2 | $425.00 | $85.00 |
| 12/27/2011 | Email Ira Goldberg inquiries of debtor's counsel re trademarks transferred by debtor. | 0.2 | $425.00 | $85.00 |
| 12/29/2011 | T/c and email Ira Goldberg re status of investigation of secured claims of 5th 3rd Bank and patents, apparently transferred to another entity. Also strategy to approach 5th 3rd's attorney in an effort to resolve this dilemma. | 0.5 | $425.00 | $212.50 |
| 12/30/2011 | Emails, Ira Goldberg to John Krupa, debtor's attorney re trademark agreements and licensing. | 0.2 | $425.00 | $85.00 |
| **Total for 2011** | | **27.9** | | **$11,857.50** |

### 2012

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Various | Prepare and file 2011 Annual Report. | 2.0 | $425.00 | $850.00 |
| 1/9/2012 | Email Ira Goldberg to Bruno Tabis, atty for bank re possible resolution of trademark and bank's secured claim in this estate. Attached documents to ascertain trademark as asset. | 0.3 | $425.00 | $127.50 |
| 1/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 2/20/2012 | Email Ira Goldberg re transfer of patents to NTE. | 0.2 | $425.00 | $85.00 |
| 2/21/2012 | Emails, Ira Goldberg and John Krupa re payment for patent transferred to NTE, my response to Ira. | 0.5 | $425.00 | $212.50 |
| 2/22/2012 | Email Ira Goldberg to John Krupa with proposal to settle for $100,000 subject to liens. | 0.2 | $425.00 | $85.00 |
| 2/28/2012 | Ira Goldberg 2 emails John Krupa re transfer of NTE patent from estate prior to filing. Also, from Ira, Better Business rating of F for this debtor. | 0.2 | $425.00 | $85.00 |
| 3/2/2012 | Ira Goldberg, emails with John Krupa re trademark value. | 0.2 | $425.00 | $85.00 |
| 3/5/2012 | 3 emails Lois West and Ira Goldberg re claim of California State of Board of Equalization of $125,647. | 0.5 | $425.00 | $212.50 |
| 3/14/2012 | Email Ira Goldberg and John Krupa re trademark. | 0.1 | $425.00 | $42.50 |
| 3/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 3/21/2012 | Email Ira Goldberg to John Krupa state on reuqests for info re trademarks. | 0.1 | $425.00 | $42.50 |
| 3/27/2012 | Ira 2 emails to Krupa re requests for status/reply to prior email. Ira 2 emails to Lois West re review records relative to use of trademark. | 0.2 | $425.00 | $85.00 |
| 4/11/2012 | Email Ira Goldberg, John Krupa re use of patents by other companies. | 0.1 | $425.00 | $42.50 |
| 4/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 4/23/2012 | Email Ira Goldberg, John Krupa re trademark. | 0.1 | $425.00 | $42.50 |
| 5/7/2012 | Email Ira Goldberg to John Krupa re trademark issue. | 0.1 | $425.00 | $42.50 |
| 5/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/22/2012 | Email Ira Goldberg to John Krupa re proposal to resolve trademark issue. | 0.1 | $425.00 | $42.50 |
| 6/7/2012 | 3 emails Ira Goldberg and John Krupa re agreement for payment to resolve trademark issue. | 0.5 | $425.00 | $212.50 |
| 6/8/2012 | 3 emails, Ira Goldberg and John Krupa and myself re settlement of trademark issue. | 0.5 | $425.00 | $212.50 |
| 6/13/2012 | Email Ira Goldberg to John Krupa re terms of settlement of trademark issue. | 0.2 | $425.00 | $85.00 |
| 6/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 6/20/2012 | 4 emails Ira Goldberg and Kohn Krupa re payment to trustee in settllement for trademark purchases as well as the agreement itself. | 0.5 | $425.00 | $212.50 |
| 6/21/2012 | Email Ira Goldberg to John Krupa re motion to settle trademark use. | 0.2 | $425.00 | $85.00 |
| 7/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 7/17/2012 | Sale of trademarks to Edwards approved, order entered. | 0.1 | $425.00 | $42.50 |
| 7/18/2012 | Email Ira Goldberg to Lois West and me re priority tax claimants for our verification. | 0.2 | $425.00 | $85.00 |
| 8/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 8/17/2012 | Email Ira Goldberg to Lois West re tax returns and application for compensation needed for TFR. | 0.2 | $425.00 | $85.00 |
| 9/15/2012 | Receive and review bank statement; monthly case status report. | 0.5 | $425.00 | $212.50 |
| 9/21/2012 | Receive, review and execute 30 signatures on years 2010, 2011 and 2012 forms 1120, state and federal returns and duplicates to request prompt determination and powers of attorney in duplicate. Prepare, postage and mail. | 2.0 | $425.00 | $850.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/12/2012 | Compile Trustee's time and prepare Trustee's final report. | 10.0 | $425.00 | $4,250.00 |
| | **Total for 2012** | **23.8** | | **$10,115.00** |

## PROJECTED ADDITIONAL TIME

| | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| * | Attend Court hearing on Trustee's Final Report & Account | 1.0 | $425.00 | $425.00 |
| * | Modify Distribution Report and File Electronically | 1.0 | $425.00 | $425.00 |
| * | Draft, sign and send final disbursement checks to creditors. | 2.0 | $425.00 | $850.00 |
| * | Prepare Trustee's Final Account and File Electronically | 1.5 | $425.00 | $637.50 |
| * | Receive and review several future monthly bank statements from Associated Bank. | 1.0 | $425.00 | $425.00 |
| * | 2013 Trustee's Annual Report | 2.0 | $425.00 | $850.00 |
| * | Record storage and future inquiries | 2.0 | $425.00 | $850.00 |
| | **Total Additional Projected Time** | **10.5** | | **$4,462.50** |

## SUMMARY OF TIME

| | Hours | Amount |
|---|---|---|
| Total for 2011 | 27.9 | $11,857.50 |
| Total for 2012 | 23.8 | $10,115.00 |
| Additional Projected Time | 10.5 | $4,462.50 |
| **TOTAL** | **62.2** | **$26,435.00** |