# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUSTIN DIVERSIFIED PRODUCTS, INC. | § | Case No. 10-53165 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/28/2012 in Courtroom 744,

United States Courthouse
219 S. Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUSTIN DIVERSIFIED PRODUCTS, INC. | § | Case No. 10-53165 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 115,437.34 |
| and approved disbursements of | $ | 5,821.08 |
| leaving a balance on hand of[1] | $ | 109,616.26 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 9,021.87 | $ 0.00 | $ 9,021.87 |
| Trustee Expenses: Robert B. Katz, Trustee | $ 13.20 | $ 0.00 | $ 13.20 |
| Attorney for Trustee Fees: Ira P. Goldberg | $ 40,000.00 | $ 0.00 | $ 40,000.00 |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ 88.63 | $ 0.00 | $ 88.63 |
| Accountant for Trustee Fees: LOIS WEST | $ 6,907.50 | $ 0.00 | $ 6,907.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 56,031.20 |
| Remaining Balance | $ | 53,585.06 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 133,827.91  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | State Board of Equalization | $        125,646.92 | $             0.00 | $        50,309.37 |
| 000009A | KENTUCKY DEPARTMENT OF REVENUE | $            8,180.99 | $             0.00 | $          3,275.69 |
| | Total to be paid to priority creditors | | $ | 53,585.06 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 192,165.84  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Teresa Rath | $            249.00 | $             0.00 | $             0.00 |
| 000002 | UNITED PARCEL SERVICE | $        15,516.81 | $             0.00 | $             0.00 |
| 000003 | FedEx Tech Connect Inc | $          3,964.21 | $             0.00 | $             0.00 |
| 000004 | Pitney Bowes Inc | $          5,870.48 | $             0.00 | $             0.00 |
| 000005 | Ford Motor Credit Company LLC | $          6,545.43 | $             0.00 | $             0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Avaya Inc | $ 5,659.99 | $ 0.00 | $ 0.00 |
| 000007 | American Express Bank, FSB | $ 14,319.61 | $ 0.00 | $ 0.00 |
| 000008B | State Board of Equalization | $ 17,309.10 | $ 0.00 | $ 0.00 |
| 000010 | Systems & Services Technologies, Inc. | $ 6,340.93 | $ 0.00 | $ 0.00 |
| 000011 | Automated Packaging LLC | $ 108,945.33 | $ 0.00 | $ 0.00 |
| 000012 | Ricoh Business Solutions | $ 7,444.95 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____ 0.00

Remaining Balance     $_____ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By:  /s/Robert B. Katz _____


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*

*Chicago, IL 60604*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-53165-ERW
Austin Diversified Products, Inc.                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: lhuley         Page 1 of 3          Date Rcvd: Oct 22, 2012
                            Form ID: pdf006       Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2012.
db        +Austin Diversified Products, Inc.,   16615 Halsted St.,   Harvey, IL 60426-6112
17936398   American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16650300  +Austin Bridge & Road, L.P.,   C/O Cooper & Scully, P.C.,   900 Jackson St. Ste 100,
           Dallas, TX 75202-4452
18285176  +Austin Diversified Products, Inc.,   c/o William Gust, Esq.,   Polsinelli Shughart PC,
           100 S. Fourth St.,   St. Louis, MO 63102-1800
18285178  +Automated Packaging LLC,   c/o William Gust, Esq.,   Polsinelli Shughart PC,   100 S. Fourth St.,
           St. Louis, MO 63102-1800
16487999  +Automated Packaging, LLC,   100 S. Fourth St.,   Suite 1100,   Saint Louis, MO 63102-1825
16488000  +Avaya Inc,   C/O McMahan & Sigunick,Ltd.,   412 S. Wells St., 6th Fl,   Chicago, IL 60607-3972
16488001  #+C.T. Corporation,   1801 W. Bay Dr. NW,   Suite 206,   Olympia, WA 98502-4311
16488002  +California State Board of Equal,   Central Collections,   450 N. Street, MIC95,
           Sacramento, CA 95814-4311
16488003  +City of Harvey,   15320 Broadway Ave,   Harvey, IL 60426-3396
16488006  +Enterprise Fleet Management,   395 W. Roosevelt Rd.,   Glen Ellyn, IL 60137-5653
16488008  +Eva Delnegro,   9400 S. Cicero,   Oak Lawn, IL 60453-2536
17264840  +FedEx Tech Connect Inc,   As Assignee of FedEx Express/Ground,
           3965 Airways Blvd, Module G, 3rd Floor,   Memphis, Tennessee 38116-5017
16488009  +Fifth Third Bank,   348 W. Carol Ln.,   Elmhurst, IL 60126
16488010  +Ford Motor Credit,   P.O. Box 790093,   Saint Louis, MO 63179-0093
17881518  +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
16488011  +Hudson Energy,   24919 Network Pl,   Chicago, IL 60673-1249
18275563  +KENTUCKY DEPARTMENT OF REVENUE,   LEGAL BRANCH - BANKRUPTCY SECTION,   ATTN: MICHAEL HORNBACK,
           P O BOX 5222,   FRANKFORT, KY 40602-5222
17013800  +MB Financial,   18301 S. Halsted,   Glenwood, IL 60425-1069
16488014  +McMahon & Sigunick, Ltd,   412 S. Wells, 6th Flr.,   Chicago, IL 60607-3972
16488015  +Nathan Edwards,   16615 Halsted St.,   Harvey, IL 60426-6112
16488017   Nathan T. Edwards,   2564 Oakwood Tr.,   Olympia Fields, IL 60461
16488018  +Nicor Corp,   P O Box 310,   Aurora, IL 60507-0310
16488019   Office Deport,   P O BOX 88040,   Chicago, IL 60680-1040
16488020   Office Max,   P O BOX 9020,   Des Moines, IA 50368-9020
16488022  +Ricoh,   5 Dendrick Pl.,   Caldwell, NJ 07006-6398
17357559  +Ricoh Business Solutions,   Recovery & Bankruptcy Group,   3920 Arkwright Road, Suite 400,
           Macon, GA 31210-1748
16488024  +Ruth Edwards,   16615 Halsted St.,   Harvey, IL 60426-6112
18003141   State Board of Equalization,   Special Operations Branch, MIC:55,   P O BOX 942879,
           Sacramento, CA 94279-0055
16488026   System Services Tech,   P O BOX 410420,   Salt Lake City, UT 84141-0420
16688671  #+Teresa Rath,   1201 Adobe Drive,   Great Falls, MT 59404-3731
16905485  +UNITED PARCEL SERVICE,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 4396,
           Timonium, Maryland 21094-4396

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16488004   E-mail/Text: legalcollections@comed.com Oct 23 2012 02:11:26   Commonwealth Edison,
           Bill Payment Center,   Chicago, IL 60668-0001
16650298   E-mail/Text: cio.bncmail@irs.gov Oct 23 2012 02:04:36   Internal Revenue Service,
           Dept. of Treasury,   Internal Revenue Service,   Kansas City, MO 64999
16488021   E-mail/Text: bankruptcy@pb.com Oct 23 2012 02:11:32   Pitney Bowes,   P O BOX 856390,
           Louisville, KY 40285-6390
17850691  +E-mail/Text: bankruptcy@pb.com Oct 23 2012 02:11:32   Pitney Bowes Inc,
           4901 Belfort Rd, Ste 120,   Jacksonville FL 32256-6016
18281335  +Fax: 866-311-5818 Oct 23 2012 02:24:24   Systems & Services Technologies, Inc.,
           4315 Pickett Road,   St. Joseph, Mo 64503-1600
                                                                                   TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16488005   Commonwealth Edison
16488012   Hudson Energy
16488013   Internal Revenue Service
16488007*  +Enterprise Fleet Management,   395 W. Roosevelt Rd.,   Glen Ellyn, IL 60137-5653
16488016*  +Nathan Edwards,   16615 Halsted St.,   Harvey, IL 60426-6112
16488023*  +Ricoh,   5 Dendrick Pl.,   Caldwell, NJ 07006-6398
16488025*  +Ruth Edwards,   16615 Halsted St.,   Harvey, IL 60426-6112
aty        ##+John A Krupa,   The Law Firm of McDermott & Krupa, P.C.,   4747 Lincoln Mall Drive, Suite 304,
           Matteson, IL 60443-3814
                                                                     TOTALS: 3, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: lhuley          Page 2 of 3          Date Rcvd: Oct 22, 2012
                             Form ID: pdf006        Total Noticed: 37
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2012**                    **Signature:**

District/off: 0752-1          User: lhuley          Page 3 of 3          Date Rcvd: Oct 22, 2012
                             Form ID: pdf006        Total Noticed: 37

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2012 at the address(es) listed below:
          Christopher H Purcell    on behalf of Creditor  Ford Motor Credit Company LLC shermlaw13@aol.com
          George T. Jackson    on behalf of Creditor  Gemini Insurance Company gjackson@bljc-law.com
          Ira P Goldberg    on behalf of Debtor  Austin Diversified Products, Inc. igoldberg@dimontelaw.com,
           phogan@dimontelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Katz    rkatztrustee@gmail.com,  rkatz@ecf.epiqsystems.com
                                                                                    TOTAL: 5