## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUSTIN DIVERSIFIED PRODUCTS, INC. | § | Case No. 10-53165 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz, Trustee _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enterprise Fleet Management 395 W. Roosevelt Rd. Glen Ellyn, IL 60137 | | | | | |
| | Fifth Third Bank 348 W. Carol Ln. Elmhurst, IL 60126 | | | | | |
| | Ford Motor Credit P.O. Box 790093 Saint Louis, MO 63179-0093 | | | | | |
| | Ricoh 5 Dendrick Pl. Caldwell, NJ 07006 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| IRA P. GOLDBERG | | | | | |
| IRA P. GOLDBERG | | | | | |
| LOIS WEST | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | California State Board of Equal Central Collections 450 N. Street, MIC95 Sacramento, CA 95814 | | | | | |
| | Internal Revenue Service Dept. of Treasury Internal Revenue Service Kansas City, MO 64999 | | | | | |
| 000009A | KENTUCKY DEPARTMENT OF REVENUE | | | | | |
| 000008A | STATE BOARD OF EQUALIZATION | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Austin Bridge & Road L.P. c/o Cooper & Scully, P.C. 900 Jackson St., Suite 100 Dallas, TX 75202 | | | | | |
| | Automated Packaging, LLC 100 S. Fourth St Suite 1100 Saint Louis, MO 63102 | | | | | |
| | Avaya 234 Fufth Ave., 5th Floor New York, NY 10001-7607 | | | | | |
| | C.T. Corporation 1801 W. Bay Dr., NW Suite 206 Olympia, WA 98502 | | | | | |
| | City of Harvey 15320 Broadway Ave. Harvey, IL 60426 | | | | | |
| | Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hudson Energy 24919 Network Pl. Chicago, IL 60673-1249 | | | | | |
| | Hudson Energy 24919 Network Pl. Chicago, IL 60673-1249 | | | | | |
| | Nathan T. Edwards 2564 Oakwood Tr. Olympia Fields, IL 60461 | | | | | |
| | Nicor Corp P.O. Box 310 Aurora, IL 60507-1040 | | | | | |
| | Nicor Corp P.O. Box 310 Aurora, IL 60507-1040 | | | | | |
| | Office Deport P.O. Box 88040 Chicago, IL 60680-1040 | | | | | |
| | Office Max P.O. Box 9020 Des Moines, IA 50368-9020 | | | | | |
| | Pitney Bowes P.O. Box 856390 Louisville, KY 40285-6390 | | | | | |
| | System Services Tech P.O. Box 410420 Salt Lake City, UT 84141-0420 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000011 | AUTOMATED PACKAGING LLC | | | | | |
| 000006 | AVAYA INC | | | | | |
| 000003 | FEDEX TECH CONNECT INC | | | | | |
| 000005 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000004 | PITNEY BOWES INC | | | | | |
| 000012 | RICOH BUSINESS SOLUTIONS | | | | | |
| 000008B | STATE BOARD OF EQUALIZATION | | | | | |
| 000010 | SYSTEMS & SERVICES TECHNOLOGIES, IN | | | | | |
| 000001 | TERESA RATH | | | | | |
| 000002 | UNITED PARCEL SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-53165 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|

Case Name: AUSTIN DIVERSIFIED PRODUCTS, INC.

For Period Ending: 02/08/13

Trustee Name: Robert B. Katz, Trustee
Date Filed (f) or Converted (c): 11/30/10 (f)
341(a) Meeting Date: 03/24/11
Claims Bar Date: 12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petty Cash | 810.00 | 810.00 | | 0.00 | FA |
| 2. Working funds for traveling sales group expense re | 7,106.00 | 7,106.00 | | 0.00 | FA |
| 3. Business Checking Account - Fifth Third Bank #0016 | 15,000.00 | 15,000.00 | | 12,500.00 | FA |
| 4. Business Checking (payroll account) - Fifth Third | 0.00 | 0.00 | | 0.00 | FA |
| 5. Business Checking (internet business) - Fifth Thir | 400.00 | 400.00 | | 0.00 | FA |
| 6. Business Checking (tax account) - Fifth Third Bank | 0.00 | 0.00 | | 0.00 | FA |
| 7. Business Checking/Savings - Wells Fargo Bank - Acc | 3,000.00 | 3,000.00 | | 8,366.77 | FA |
| 8. Business checking - MB Financial - Acct#031541700 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 9. advanage.com domain name | 0.00 | 0.00 | | 0.00 | FA |
| 10. Door-to-door customer list with 350,000 thousand n | 0.00 | 0.00 | | 0.00 | FA |
| 11. Telemarketing customer list with 12,000 names | 0.00 | 0.00 | | 0.00 | FA |
| 12. internet customer list with 2,500 names | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Chevy van - VIN#FGNFQ15T451152743 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 14. 1999 GMC truck, VIN#1GDJ7H1DOXJ852929 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 15. 2001 GMC truck, VIN#1HTSCAAMX1H379327 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 16. 1998 Ford truck, VIN#1FDNF70J6WVA02994 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 17. 2006 Ford pickup truck, VIN#1FTSX20P26EA30254 | 7,565.00 | 7,565.00 | | 0.00 | FA |
| 18. 2004 Ford E150 Van, VIN#1FMRE11LO4HA90969 | 5,600.00 | 5,600.00 | | 0.00 | FA |
| 19. 2002 Ford Windstar van, VIN#1FBNE31LOYHA71749 | 3,115.00 | 3,115.00 | | 0.00 | FA |
| 20. 2006 Dodge Caravan, VIN#2D8HN44E69R553113 | 7,800.00 | 7,800.00 | | 0.00 | FA |
| 21. 56 File cabinets fo various sizes | 880.00 | 880.00 | | 0.00 | FA |
| 22. 14 Flat screen monitors | 860.00 | 860.00 | | 0.00 | FA |
| 23. 6 HP Printers | 200.00 | 200.00 | | 0.00 | FA |
| 24. 10 Table/End tables/Conference Tables | 285.00 | 285.00 | | 0.00 | FA |
| 25. 37 Computer/printer stands of various sizes | 567.00 | 567.00 | | 0.00 | FA |
| 26. 5 Binders/Binder Racks | 7.00 | 7.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.01

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

Case No:          10-53165     ERW   Judge: EUGENE R. WEDOFF

Case Name:      AUSTIN DIVERSIFIED PRODUCTS, INC.

Trustee Name:                            Robert B. Katz, Trustee

Date Filed (f) or Converted (c):    11/30/10 (f)

341(a) Meeting Date:                  03/24/11

Claims Bar Date:                        12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 25 Bookcases/shelving/metal shelving of various si | 552.00 | 552.00 | | 0.00 | FA |
| 28. 94 Office chairs of various styles | 1,074.00 | 1,074.00 | | 0.00 | FA |
| 29. 4 Computer/printer rack | 71.00 | 71.00 | | 0.00 | FA |
| 30. 44 Desks with and without credenzas of various sty | 1,140.00 | 1,140.00 | | 0.00 | FA |
| 31. 3 Display Cases of various sizes | 200.00 | 200.00 | | 0.00 | FA |
| 32. 11 Cubicle dividers | 220.00 | 220.00 | | 0.00 | FA |
| 33. 3 Handcarts | 50.00 | 50.00 | | 0.00 | FA |
| 34. 8 Fans of various sizes | 52.00 | 52.00 | | 0.00 | FA |
| 35. 2 Globe | 15.00 | 15.00 | | 0.00 | FA |
| 36. 1 Heavy duty floor mat | 1.00 | 1.00 | | 0.00 | FA |
| 37. 1 Ladder | 15.00 | 15.00 | | 0.00 | FA |
| 38. 42 Misc Offices supplies, including but not limite | 80.00 | 80.00 | | 0.00 | FA |
| 39. 2 Mini refridgerator | 90.00 | 90.00 | | 0.00 | FA |
| 40. 1 Safe | 100.00 | 100.00 | | 0.00 | FA |
| 41. 1 Divider screen | 30.00 | 30.00 | | 0.00 | FA |
| 42. 1 stationary tray | 2.00 | 2.00 | | 0.00 | FA |
| 43. 1 Television | 40.00 | 40.00 | | 0.00 | FA |
| 44. 2 Laptops | 600.00 | 600.00 | | 0.00 | FA |
| 45. 11 Compaq monitors of various sizes | 55.00 | 55.00 | | 0.00 | FA |
| 46. 1 ADT Security Recorder | 150.00 | 150.00 | | 0.00 | FA |
| 47. 1 APC Back-up Box | 10.00 | 10.00 | | 0.00 | FA |
| 48. 1 APC Battery | 10.00 | 10.00 | | 0.00 | FA |
| 49. 2 APC Power Back ups | 20.00 | 20.00 | | 0.00 | FA |
| 50. 2 Avaya 4406D Telephones | 40.00 | 40.00 | | 0.00 | FA |
| 51. 1 4412D Telephone | 20.00 | 20.00 | | 0.00 | FA |
| 52. 2 Avaya 4412D+ Telephones | 40.00 | 40.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Exhibit 8**

| Case No: | 10-53165   ERW   Judge: EUGENE R. WEDOFF | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | | 341(a) Meeting Date: | 03/24/11 |
| | | Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 53. 1 Avaya 4424D Telephone | 20.00 | 20.00 | | 0.00 | FA |
| 54. 1 Avaya Console | 50.00 | 50.00 | | 0.00 | FA |
| 55. 4 Avaya IP400 Office Hub/Switches | 520.00 | 520.00 | | 0.00 | FA |
| 56. 30 Avaya Phones | 475.00 | 475.00 | | 0.00 | FA |
| 57. 1 Battery Backup | 15.00 | 15.00 | | 0.00 | FA |
| 58. 1 CBS Shred Master Paper Shredder | 30.00 | 30.00 | | 0.00 | FA |
| 59. 1 Clone Workstation (Novel Server) | 40.00 | 40.00 | | 0.00 | FA |
| 60. 1 Comcast Modem | 30.00 | 30.00 | | 0.00 | FA |
| 61. 1 Company Desk Top Computer | 50.00 | 50.00 | | 0.00 | FA |
| 62. 2 Compaq 500 MHZ Workstations | 0.00 | 0.00 | | 0.00 | FA |
| 63. 3 Compaq Computers | 0.00 | 0.00 | | 0.00 | FA |
| 64. 2 Compaq Desk Top Computers | 0.00 | 0.00 | | 0.00 | FA |
| 65. 1 Compaq EVO | 0.00 | 0.00 | | 0.00 | FA |
| 66. 1 Compaq Proliant (ADP001 Server) | 60.00 | 60.00 | | 0.00 | FA |
| 67. 3 Computers | 0.00 | 0.00 | | 0.00 | FA |
| 68. 2 Computer Monitors | 0.00 | 0.00 | | 0.00 | FA |
| 69. 2 Computer Monitors | 0.00 | 0.00 | | 0.00 | FA |
| 70. 2 Copiers | 170.00 | 170.00 | | 0.00 | FA |
| 71. 3 CPUs | 150.00 | 150.00 | | 0.00 | FA |
| 72. 10 CPU Units | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 73. 2 Desktop Computers and 2 Speakers | 210.00 | 210.00 | | 0.00 | FA |
| 74. 1 Dynex Security Monitor | 200.00 | 200.00 | | 0.00 | FA |
| 75. 1 E-Machine Work station (ADP002 server) | 100.00 | 100.00 | | 0.00 | FA |
| 76. 1 Epsom printer | 40.00 | 40.00 | | 0.00 | FA |
| 77. 2 Epsom DFX 5000x | 0.00 | 0.00 | | 0.00 | FA |
| 78. 1 Epson LQ 2180 Printer | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

**Exhibit 8**

| | |
|---|---|
| Case No:        10-53165    ERW   Judge: EUGENE R. WEDOFF | Trustee Name:            Robert B. Katz, Trustee |
| Case Name:    AUSTIN DIVERSIFIED PRODUCTS, INC. | Date Filed (f) or Converted (c):   11/30/10 (f) |
| | 341(a) Meeting Date:      03/24/11 |
| | Claims Bar Date:      12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 79. 3 Epson LQ2550 | 0.00 | 0.00 | | 0.00 | FA |
| 80. 1 Facsimile Copier | 30.00 | 30.00 | | 0.00 | FA |
| 81. 1 Fax Machine | 30.00 | 30.00 | | 0.00 | FA |
| 82. 1 HP Printer | 200.00 | 200.00 | | 0.00 | FA |
| 83. 1 HP Allin One (Printer, Fax) | 35.00 | 35.00 | | 0.00 | FA |
| 84. 1 HP Compaq with DVD Computer | 150.00 | 150.00 | | 0.00 | FA |
| 85. 2 HP Computers | 350.00 | 350.00 | | 0.00 | FA |
| 86. 2 HP Desk Top Computers | 160.00 | 160.00 | | 0.00 | FA |
| 87. 1 HP Keyboard | 30.00 | 30.00 | | 0.00 | FA |
| 88. 2 HP Monitors | 130.00 | 130.00 | | 0.00 | FA |
| 89. 1 HP Tower PC | 50.00 | 50.00 | | 0.00 | FA |
| 90. 1 HP/Compaq Proliant (ADP004 server) | 60.00 | 60.00 | | 0.00 | FA |
| 91. 1 HP5940 Desk Jet Printer | 30.00 | 30.00 | | 0.00 | FA |
| 92. 25 Keyboards | 395.00 | 395.00 | | 0.00 | FA |
| 93. 1 Keyboard with wireless mouse | 5.00 | 5.00 | | 0.00 | FA |
| 94. 2 Lanier copiers | 0.00 | 0.00 | | 0.00 | FA |
| 95. 1 Misc. Monitor | 20.00 | 20.00 | | 0.00 | FA |
| 96. 5 Monitors | 70.00 | 70.00 | | 0.00 | FA |
| 97. 1 Monitor (main) | 20.00 | 20.00 | | 0.00 | FA |
| 98. 8 Mouses | 55.00 | 55.00 | | 0.00 | FA |
| 99. 2 Net Gear port Switches | 60.00 | 60.00 | | 0.00 | FA |
| 100. 1 Net Gear Firewall | 30.00 | 30.00 | | 0.00 | FA |
| 101. 1 Net Gear Wireless Router | 10.00 | 10.00 | | 0.00 | FA |
| 102. 1 Nex Computer | 150.00 | 150.00 | | 0.00 | FA |
| 103. 8 Old Compaq 500MHZ workstations | 400.00 | 400.00 | | 0.00 | FA |
| 104. 6 Printers | 280.00 | 280.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   5

Exhibit 8

Case No:   10-53165   ERW   Judge: EUGENE R. WEDOFF
Case Name:   AUSTIN DIVERSIFIED PRODUCTS, INC.

Trustee Name:   Robert B. Katz, Trustee
Date Filed (f) or Converted (c):   11/30/10 (f)
341(a) Meeting Date:   03/24/11
Claims Bar Date:   12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 105. 1 Printer OKI | 0.00 | 0.00 | | 0.00 | FA |
| 106. 1 Rocket Fish Cordless Keyboard witb mouse | 15.00 | 15.00 | | 0.00 | FA |
| 107. 1 Shedder | 45.00 | 45.00 | | 0.00 | FA |
| 108. 1 Shred Master | 15.00 | 15.00 | | 0.00 | FA |
| 109. 1 Shredder | 30.00 | 30.00 | | 0.00 | FA |
| 110. 1 Epson Printer | 0.00 | 0.00 | | 0.00 | FA |
| 111. 1 Okinawa Printer | 0.00 | 0.00 | | 0.00 | FA |
| 112. 4 Speakers | 0.00 | 0.00 | | 0.00 | FA |
| 113. 1 Sun Monitor | 80.00 | 80.00 | | 0.00 | FA |
| 114. 1 Sun Server (OSAS server) | 600.00 | 600.00 | | 0.00 | FA |
| 115. 1 Surveillance Console | 300.00 | 300.00 | | 0.00 | FA |
| 116. 1 Surveillance Monitor | 100.00 | 100.00 | | 0.00 | FA |
| 117. 1 Typewriter (Xerox 620) | 0.00 | 0.00 | | 0.00 | FA |
| 118. 2 Vacuum Cleaners | 60.00 | 60.00 | | 0.00 | FA |
| 119. 1 VHS Player | 55.00 | 55.00 | | 0.00 | FA |
| 120. 1 VHS Player and Viewer | 55.00 | 55.00 | | 0.00 | FA |
| 121. 1 View Camera | 50.00 | 50.00 | | 0.00 | FA |
| 122. 1 Wireless Keyboard with Mouse | 30.00 | 30.00 | | 0.00 | FA |
| 123. 3 Wyse Terminals | 30.00 | 30.00 | | 0.00 | FA |
| 124. Forklift, 1991 Komatsu F15ST15 Serial # 36112A | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 125. 1 Pallette Jack | 700.00 | 700.00 | | 0.00 | FA |
| 126. 1 drum, Advantage 55 Gal Citrus | 257.00 | 257.00 | | 0.00 | FA |
| 127. 2 cases, Advantage Carpet Spotter | 22.56 | 22.56 | | 0.00 | FA |
| 128. 2109 cases, Advantage Cleaner | 28,870.00 | 28,870.00 | | 20,059.25 | FA |
| 129. 40 cases, Advantage Gallons, Citrus, Clear, Green | 950.00 | 950.00 | | 0.00 | FA |
| 130. 28 cases, Advantage Glass Cleaner | 392.32 | 392.32 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   6

Exhibit 8

Case No:   10-53165   ERW   Judge: EUGENE R. WEDOFF
Case Name:   AUSTIN DIVERSIFIED PRODUCTS, INC.

Trustee Name:   Robert B. Katz, Trustee
Date Filed (f) or Converted (c):   11/30/10 (f)
341(a) Meeting Date:   03/24/11
Claims Bar Date:   12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 131. 2 cases, Advantage Green Zyme | 52.00 | 52.00 | | 0.00 | FA |
| 132. 29 cases, Advantage Kitchen Counter | 324.80 | 324.80 | | 0.00 | FA |
| 133. 25 cases, Advantage Mixing Applicator | 186.00 | 186.00 | | 0.00 | FA |
| 134. 1 Box Advantage Nozzles | 0.00 | 0.00 | | 0.00 | FA |
| 135. 10 cases, Advantage Wonder Blue | 169.00 | 169.00 | | 0.00 | FA |
| 136. 63 cases, Advantage Wonder Pet 32 oz. | 1,799.00 | 1,799.00 | | 0.00 | FA |
| 137. 2 Brochures (Product) Original | 137.00 | 137.00 | | 0.00 | FA |
| 138. 150 Collection Kit Box | 216.00 | 216.00 | | 0.00 | FA |
| 139. 10000 Foamers | 7,700.00 | 7,700.00 | | 0.00 | FA |
| 140. 1.5 boxes receipts | 900.00 | 900.00 | | 0.00 | FA |
| 141. 25 cases, Stainless Steel | 297.00 | 297.00 | | 0.00 | FA |
| 142. 13 boxes, Territory Bags | 177.00 | 177.00 | | 0.00 | FA |
| 143. 19 cases, Toilet Bowl | 237.12 | 237.12 | | 0.00 | FA |
| 144. 5 boxes, White Scrunge | 13.00 | 13.00 | | 0.00 | FA |
| 145. 1150 Wonder Blue Boxes | 1,495.00 | 1,495.00 | | 0.00 | FA |
| 146. 1525 Wonder Pet Boxes | 1,982.50 | 1,982.50 | | 0.00 | FA |
| 147. 27 cases, Wood Cleaner | 359.64 | 359.64 | | 0.00 | FA |
| 148. 1 Dock Plate | 800.00 | 800.00 | | 0.00 | FA |
| 149. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.34 | Unknown |
| 150. Reimbursment of funds paid post-petition (u) | 0.00 | 41,000.00 | | 41,266.41 | FA |
| 151. Receivables for pre-petition vehicle sales. | 0.00 | 18,073.00 | | 18,073.00 | FA |
| 152. Patents (4) (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 153. Sales tax refund (u) | 0.00 | 159.57 | | 159.57 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $159,283.94 | $233,516.51 | | $115,437.34 | $0.00 |

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 7

Exhibit 8

Case No:     10-53165     ERW   Judge: EUGENE R. WEDOFF
Case Name:   AUSTIN DIVERSIFIED PRODUCTS, INC.

Trustee Name:                          Robert B. Katz, Trustee
Date Filed (f) or Converted (c):       11/30/10 (f)
341(a) Meeting Date:                   03/24/11
Claims Bar Date:                       12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has completed his collection of debtor's assets.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-53165 -ERW |
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. |
| | |
| Taxpayer ID No: | *******8430 |
| For Period Ending: | 02/08/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6946  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | | 9999-000 | 109,616.26 | | 109,616.26 |
| 11/29/12 | 000101 | ROBERT B. KATZ | Chapter 7 Compensation/Expense | | | | 9,035.07 | 100,581.19 |
| | | 53 W. Jackson | | | | | | |
| | | Suite 1320 | | | | | | |
| | | Chicago, IL  60604 | | | | | | |
| | | | Fees | 9,021.87 | 2100-000 | | | |
| | | | Expenses | 13.20 | 2200-000 | | | |
| 11/29/12 | 000102 | LOIS WEST | Accountant for Trustee Fees (Other | | 3410-000 | | 6,907.50 | 93,673.69 |
| | | POPOWCER KATTED LTD. | | | | | | |
| | | 35 EAST WACKER DR. | | | | | | |
| | | SUITE 1550 | | | | | | |
| | | CHICAGO, IL  60601-2107 | | | | | | |
| 11/29/12 | 000103 | Ira P. Goldberg | Attorney for Trustee Fees (Other Fi | | | | 40,088.63 | 53,585.06 |
| | | DiMonte & Lizak, LLC | | | | | | |
| | | 216 West Higgins Road | | | | | | |
| | | Park Ridge, IL 60068 | | | | | | |
| | | | Fees | 40,000.00 | 3210-000 | | | |
| | | | Expenses | 88.63 | 3220-000 | | | |
| 11/29/12 | 000104 | State Board of Equalization | Claim 000008A, Payment 40.04027% | | 5800-000 | | 50,309.37 | 3,275.69 |
| | | Special Operations Branch, MIC:55 | | | | | | |
| | | P O BOX 942879 | | | | | | |
| | | Sacramento, CA 94279-0055 | | | | | | |
| 11/29/12 | 000105 | KENTUCKY DEPARTMENT OF REVENUE | Claim 000009A, Payment 40.04026% | | 5800-000 | | 3,275.69 | 0.00 |
| | | LEGAL BRANCH - BANKRUPTCY SECTION | | | | | | |
| | | ATTN: MICHAEL HORNBACK | | | | | | |
| | | P O BOX 5222 | | | | | | |
| | | FRANKFORT, KY 40602 | | | | | | |

Page Subtotals     109,616.26     109,616.26

Ver: 17.01

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| Case No: | 10-53165 -ERW | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6946 Checking Account |
| Taxpayer ID No: | *******8430 | | |
| For Period Ending: | 02/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 109,616.26 | 109,616.26 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 109,616.26 | 0.00 | |
|  |  | | Subtotal | 0.00 | 109,616.26 | |
|  | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
|  |  | | Net | 0.00 | 109,616.26 | |

Page Subtotals                    0.00              0.00

FORM 2                                                                                    Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-53165  -ERW |
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. |
| | |
| Taxpayer ID No: | *******8430 |
| For Period Ending: | 02/08/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2208  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/01/11 | 150 | NTE Enterprises 2564 Oakwood Terrace Olympia Fields, IL 60461 | | 1290-000 | 20,000.00 | | 20,000.00 |
| 04/08/11 | 7 | Wells Fargo Bank, N.A. 250 SW Jefferson DP5 Portland, OR 97201 | | 1129-000 | 8,366.77 | | 28,366.77 |
| 04/08/11 | | American Auction Associates 8515 S. Thomas Ave. Bridgeview, IL 60455 | Net Auction Proceeds | | 15,667.53 | | 44,034.30 |
| | 128 | AMERICAN AUCTION ASSOCIATES | Memo Amount:        20,059.25 Net Auction Proceeds | 1129-000 | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (    4,391.72 ) AUCTION EXPENSES | 3610-000 | | | |
| 04/29/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 44,034.55 |
| 05/03/11 | 150 | NTE Enterprises 2564 Oakwood Terrace Olympia Fields, IL 60461 | Balance due to Trustee | 1290-000 | 21,266.41 | | 65,300.96 |
| 05/31/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.53 | | 65,301.49 |
| 06/06/11 | 151 | Arnold Bowen | Remaining Balance for vehicles. | 1129-000 | 3,073.00 | | 68,374.49 |
| 06/30/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.56 | | 68,375.05 |
| 07/29/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.57 | | 68,375.62 |
| 08/11/11 | 3 | Fifth Third Bank, Kentucky Inc. Lexington, KY | Per settlement order 8/9/11 | 1129-000 | 12,500.00 | | 80,875.62 |
| 08/26/11 | 151 | Advanage Diversified | Balance of vehicles values. | 1221-000 | 15,000.00 | | 95,875.62 |
| 08/31/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.65 | | 95,876.27 |
| 09/30/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.79 | | 95,877.06 |
| 10/31/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.81 | | 95,877.87 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 122.14 | 95,755.73 |

Page Subtotals          95,877.87          122.14

Ver: 17.01

FORM 2                                                                                    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-53165 -ERW | | | Trustee Name: | Robert B. Katz, Trustee | |
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | | | Bank Name: | BANK OF AMERICA | |
| | | | | Account Number / CD #: | *******2208 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******8430 | | | | | |
| For Period Ending: | 02/08/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.79 | | 95,756.52 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 118.06 | 95,638.46 |
| 12/30/11 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.81 | | 95,639.27 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 117.91 | 95,521.36 |
| 01/31/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.82 | | 95,522.18 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 125.27 | 95,396.91 |
| 02/07/12 | 000101 | International Sureties | Bond # 016026455 | 2300-000 | | 84.18 | 95,312.73 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/17/12 | 153 | Minnesota Management & Budget | Sales tax refund | 1224-000 | 159.57 | | 95,472.30 |
| | | State of Minnesota | | | | | |
| | | 658 Cedar St. - Ste 400 | | | | | |
| | | St. Paul, MN 55155-1616 | | | | | |
| 02/29/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.76 | | 95,473.06 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 113.37 | 95,359.69 |
| 03/30/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.80 | | 95,360.49 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 117.25 | 95,243.24 |
| 04/30/12 | 149 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.79 | | 95,244.03 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 121.01 | 95,123.02 |
| 05/31/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.81 | | 95,123.83 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 120.85 | 95,002.98 |
| 06/22/12 | 152 | Ruth M Edwards | Settlement for patents | 1229-000 | 15,000.00 | | 110,002.98 |
| 06/29/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.80 | | 110,003.78 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 114.76 | 109,889.02 |
| 07/31/12 | 149 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.93 | | 109,889.95 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 144.12 | 109,745.83 |
| 08/30/12 | 149 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.87 | | 109,746.70 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 130.44 | 109,616.26 |

Page Subtotals          15,167.75          1,307.22

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

Page:    5

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-53165  -ERW | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | AUSTIN DIVERSIFIED PRODUCTS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2208  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8430 | | |
| For Period Ending: | 02/08/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 109,616.26 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 20,059.25 | COLUMN TOTALS | | 111,045.62 | 111,045.62 | 0.00 |
| Memo Allocation Disbursements: | 4,391.72 | Less:  Bank Transfers/CD's | | 0.00 | 109,616.26 | |
| | | Subtotal | | 111,045.62 | 1,429.36 | |
| Memo Allocation Net: | 15,667.53 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 111,045.62 | 1,429.36 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 20,059.25 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 4,391.72 | Checking Account - *******6946 | | 109,616.26 | 0.00 |
| | | Money Market Account (Interest Earn - *******2208 | 111,045.62 | 1,429.36 | 0.00 |
| Total Memo Allocation Net: | 15,667.53 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 111,045.62 | 111,045.62 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/    Robert B. Katz, Trustee
_____    Date: 02/08/13
ROBERT B. KATZ, TRUSTEE

Page Subtotals           0.00           109,616.26

Ver: 17.01